# LBR Form 1015-2

Case No._____

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO

Please check the appropriate box(es) with respect to each of the following items and state the required information in the space below, adding an additional page if necessary:

If any previous bankruptcy case of any kind was filed in any court within the last eight (8) years by or against this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth 1) the name of the debtor, 2) case number, 3) date filed, 4) chapter filed under, 5) district and division where the case is or was pending, 6) current status of the case, 7) whether a discharge was granted, denied, or revoked, 8) any real estate in the case and 9) judge assigned to the case. If the prior case was a case under chapter 13 which was confirmed, paid out and discharged, and the current case is a chapter 7 case, the debtor shall disclose the percentage paid to unsecured creditors in the chapter 13 case.

**X**    This debtor (identical individual, including DBAs, FDBAs)
___    This debtor (identical business entity)
___    Spouse of this debtor
___    Former spouse of debtor
___    Corporation/LLC if this debtor is or was a major shareholder/member of the corporation/LLC
___    Major shareholder of this debtor (if this debtor is a corporation)
___    Affiliate(s) of this debtor (see § 101(2) of the Code)
___    Partnership, if this debtor is or was a general partner in the partnership
___    General partner of this debtor (if this debtor is a partnership)
___    General partner of this debtor (if this debtor is or was another general partner therewith)
___    Entity with which this debtor has substantial identity of financial interests or assets
___    Involuntary
___    NONE OF THE ABOVE APPLY

*Previously filed in N.D. Illinois Chp. 7. 1st case dismissed, 2nd case closed w/out discharge - 2013 failure to complete post filing debtor education. 2008 chp. 7 ED KY dismissed. No assets, real property only in 2008 case in KY.*

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 2/25/16      _____
                                  DEBTOR

                                    _____
                                  JOINT DEBTOR