UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-10613 |
| | ) | |
| Jeannette M. Conrad | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE BUCHANAN |
| | ) | |

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Office of the United States Trustee ("UST") has filed a Motion to Dismiss the above captioned case under 11 U.S.C. § 707(a) and Federal Rules of Bankruptcy Procedure 1017(c). **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or **before twenty-one (21) days from the date set forth in the certificate of service for the motion,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 221 East Fourth Street, Suite 800, Cincinnati, Ohio 45202, OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the date above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to Douglas N. Hawkins, Esq., 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further notice or hearing.

If you would like a copy of the underlying Motion to Dismiss, please request such in writing to Douglas N. Hawkins, 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202, or by

telephone at: (513) 684-6988. Pursuant to Fed. R. Bankr. P. 4004(c), discharge is stayed pending the conclusion of this Motion.

Dated:   March 2, 2016               Daniel M. McDermott
                                     United States Trustee
                                     Region 9

                            By:      /s/ Douglas N. Hawkins
                                     Douglas N. Hawkins (#0038585)
                                     Attorney for the U.S. Trustee
                                     United States Department of Justice
                                     Office of the United States Trustee
                                     36 East Seventh Street, Suite 2030
                                     Cincinnati, Ohio 45202
                                     (513) 684-6988 ext. 225
                                     Fax (513) 684-6994
                                     doug.hawkins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, a copy of the foregoing NOTICE OF MOTION OF UNITED STATES TRUSTEE TO DISMISS CHAPTER 7 CASE was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court:

Norman Slutsky, Esq.
Chapter 7 Trustee

and on the following by ordinary U.S. Mail addressed to:

Jeannette M. Conrad
1059 Stratford Court
Loveland, Ohio 45140

All creditors listed on the creditor matrix.

                            By:      /s/ Douglas N. Hawkins
                                     Douglas N. Hawkins