**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 29, 2016**



Beth A. Buchanan
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No. 1:16-bk-10613 |
| | ) | |
| Jeannette M. Conrad | ) | Chapter 7 |
| | ) | |
| Debtor | ) | **Hon. Beth A. Buchanan** |

ORDER DISMISSING CHAPTER 7 CASE

This matter is before the Court on the Motion of the United States Trustee to Dismiss Chapter 7 Case (Doc. #13), filed on March 2, 2016. No responses or objections were filed. Therefore, the Motion to Dismiss is granted and the above captioned case is hereby dismissed.

IT IS SO ORDERED.

Copies to:   All creditors and parties in interest.

###